UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :

BEOM SU LEE,                                       :
                                                :         18 Civ. 3895 (PAE) (SDA)
                       Plaintiff,             :

            -v-                                :

KARAOKE CITY, et al.,                  :

                     Defendants.      :
------------------------------------------------------------X

**DEFAULT JUDGMENT**

PAUL A. ENGELMAYER, District Judge:

      On May 1, 2018, plaintiff commenced this action by filing his complaint. Dkt. 2. On August 28, 2018, the United States Marshal personally served defendant NYC Karaoke with the summons and complaint via an NYC Karaoke employee. Dkt. 25. NYC Karaoke never appeared. On May 22, 2019, the Clerk's office issued a certificate of default as to NYC Karaoke. Dkt. 65. On August 27, 2019, plaintiff filed a motion for a default judgment against NYC Karaoke. Dkt. 79. Plaintiff served NYC Karaoke with his motion for a default judgment via first-class mail. *Id.* at 4. On October 24, 2019, the Court scheduled a default judgment hearing for November 14, 2019. Dkt. 91. The same day, plaintiff personally served NYC Karaoke with the October 24, 2019 order and associated default judgment papers via an NYC Karaoke employee. Dkt. 96.

      The Court has reviewed plaintiff's motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b), Dkt. 79, and plaintiff's supporting affidavit, Dkt. 90. Because proof of service has been filed, NYC Karaoke has not answered the complaint and the time for answering the complaint has expired, and NYC Karaoke failed to appear to contest entry of a default

1

judgment at a duly-noticed hearing conducted on November 14, 2019 for that purpose, the Court enters a default judgment for plaintiff against defendant NYC Karaoke.

The Court, by separate order, will commission an inquest into damages. The Court respectfully directs the Clerk of the Court to terminate the motion pending at docket 79.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 14, 2019
New York, New York