UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Beom Su Lee,

                Plaintiff,

-against-

Karaoke City et al.,

                Defendants.

1:18-cv-03895 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. The deadline for the completion of fact discovery is extended to March 13, 2020 for the limited purpose of allowing Defendants to seek to obtain documents from the government of the Republic of Korea and the KOMCA (Korea Music Copyright Association). Defendants may make an application for a further extension of this deadline upon a showing of good cause.

2. The parties are directed to appear for a telephone conference in this action on Thursday, February 27, 2020 at 1:30 p.m. EST. The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
             January 30, 2020

_____
STEWART D. AARON
United States Magistrate Judge