UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                    :
BEOM SU LEE,                                        :
                                                    :        18 Civ. 3895 (PAE) (SDA)
                                    Plaintiff,      :
                                                    :                ORDER
                    -v-                             :
                                                    :
  KARAOKE CITY, et al.,                             :
                                                    :
                                    Defendants.     :
                                                    :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        The Court has received plaintiff's proposed order to grant a default judgment against

defaulting defendant NYC Karaoke. Dkt. 110. The Court has already resolved this request, as it,

on November 14, 2019, entered a default judgment against NYC Karaoke, Dkt. 99, and

commissioned a subsequent inquest into damages to be conducted by the Hon. Stewart D. Aaron,

U.S. Magistrate Judge, *see* Dkts. 99–100.

        SO ORDERED.

                                            _____
                                            Paul A. Engelmayer
                                            United States District Judge

Dated:  March 9, 2020
        New York, New York

1