UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Beom Su Lee,

                Plaintiff,

-against-

Karaoke City et al.,

                Defendants.

1:18-cv-03895 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than Monday, April 6, 2020, the parties shall file a Joint Letter indicating whether they consent to proceed before a Magistrate Judge for all purposes. If they do consent, the parties shall provide to the Court a fully executed consent form (available on the Court's website at https://www.nysd.uscourts.gov/sites/default/files/practice_documents/sdaConsentToProceedBeforeUSMagistrateJudge.pdf).

2. The deadline for the completion of fact discovery is extended to May 15, 2020 for the limited purpose of allowing Defendants to seek to obtain documents from the government of the Republic of Korea and the KOMCA (Korea Music Copyright Association).

A copy of this Order will be emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED: New York, New York
March 30, 2020

_____
STEWART D. AARON
United States Magistrate Judge