UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Beom Su Lee,

                Plaintiff,

-against-

Karaoke City et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2020

1:18-cv-03895 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, this action has been referred to the undersigned for an inquest to address damages for the default judgment against defendant NYC Karaoke (*see* ECF Nos. 99 & 100); and

WHEREAS, during the March 30, 2020 Telephone Conference, Plaintiff indicated that the proper name of the entity he is seeking default judgment against in NYC Karaoke LLC (*see also* Pl.'s Letter, ECF No. 110 (referring to proposed judgment against NYC Karaoke LLC)).

NOW, THEREFORE, IT IS HEREBY ORDERED THAT, no later than Friday, April 17, 2020, Plaintiff shall file a Letter indicating whether the entity he seeks a default judgment against is NYC Karaoke or NYC Karaoke LLC. If Plaintiff intends to pursue this action against NYC Karaoke LLC, he must amend his pleading to name NYC Karaoke LLC as a defendant. Plaintiff shall file any Amended Complaint no later than Friday, May 8, 2020.

Plaintiff is advised that, in light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. For more information, including instructions on this new email service for *pro se* parties, please visit the Court's website at https://www.nysd.uscourts.gov/prose.

A copy of this Order will be emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:   New York, New York
         April 10, 2020

_____
STEWART D. AARON
United States Magistrate Judge