```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Beom Su Lee,

                Plaintiff,

-against-

Karaoke City et al.,

                Defendants.

1:18-cv-03895 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered as follows:

1. The deadline for any party to file a motion for summary judgment is June 22, 2020.

2. The deadline to file opposition to any such motion is July 22, 2020.

3. Any replies shall be filed by August 5, 2020.

A copy of this Order will be emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
               May 22, 2020

*/s/ Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge