UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Beom Su Lee,

                  Plaintiff,

-against-

Karaoke City et al.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2020

1:18-cv-03895 (PAE) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered that, no later than Friday, July 10, 2020, Defendants shall advise the Court as to their preferred date for a settlement conference, as between Friday, July 24, 2020 at 2:00 p.m. EST and Friday, July 31, 2020 at 2:00 p.m. EST.

A copy of this Order will be emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
               July 7, 2020

_____
STEWART D. AARON
United States Magistrate Judge