```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Beom Su Lee,

                      Plaintiff,

     -against-

Karaoke City et al.,

                    Defendants.

1:18-cv-03895 (PAE) (SDA)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Friday, July 31, 2020 at 2:00 p.m. EST. The conference shall proceed by telephone. The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

       A copy of this Order will be emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
               July 9, 2020

                                                   */s/ Stewart D. Aaron*
                                                   STEWART D. AARON
                                                   United States Magistrate Judge